**ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00231

Dated: February 16, 2010

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:09-bk-28813-EWH |
| Luis F. Herrera and Claudia E. Herrera<br>    Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>    Movant,<br>    vs. | ORDER<br><br>(Related to Docket #12) |
| Luis F. Herrera and Claudia E. Herrera, Debtors,<br>Stanley J. Kartchner, Trustee.<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is further described as:

> LOT 83, IN BLOCK 56 OF RIO RICO ESTATES UNIT NO. 7, A SUBDIVISION OF SANTA CRUZ, ARIZONA ACCORDING TO THE MAP OR PLAT THEREOF OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF SANTA CRUZ COUNTY, ARIZONA, IN BOOK 2 OF MAPS AND PLATS AT PAGE 230 THEREOF.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.